David R. Johnson, Esq. (NV Bar No. 6696)
LAW OFFICES OF DAVID R. JOHNSON, PLLC
8712 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 997-5974
Email:	david@drjohnsonpllc-law.com

David F. McPherson, Esq. (CA Bar No. 175171)
(*Admitted Pro Hac Vice*)
Rebecca S. Glos, Esq. (CA Bar No. 210396)
(*Admitted Pro Hac Vice*)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
4 Park Plaza, Suite 1000
Irvine, California 92614
Telephone: (949) 852-6700
Email:	rglos@watttieder.com
	dmcpherson@watttieder.com

Attorneys for Plaintiff/Counter-Defendant/
Third-Party Defendant,
KIEWIT INFRASTRUCTURE WEST CO.
and Third-Party Defendant
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>L.L.O. INC. dba ACME ELECTRIC, a Nevada corporation; TAB CONTRACTORS, INC., a Nevada corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM AND THIRD-PARTY ACTION | CASE NO. 2:20-cv-00493-RFB-DJA<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>THE HONORABLE RICHARD F. BOULWARE, II<br><br>**STIPULATION TO CONTINUE DEADLINE FOR RULE 26 CONFERENCE AND SUBMISSION OF DISCOVERY ORDER PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counter-Defendant/Third-Party Defendant KIEWIT INFRASTRUCTURE WEST CO. ("Kiewit"), Third-Party Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), Defendant/ Counter-Complainant/Third-Party Complainant L.L.O. INC. dba ACME ELECTRIC ("Acme"), Defendant/ Counter-Complainant/Third-Party Complainant TAB CONTRACTORS, INC. ("TAB"), and Defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty") (Kiewit, Travelers, Acme, TAB, and Liberty will hereinafter be collectively referred to as "Parties") hereby stipulate as follows:

The current deadline for the conference required under *Federal Rules of Civil Procedure* ("FRCP") 26(f) ("Rule 26 Conference") is May 22, 2020.

The current deadline for the submission of the stipulated discovery plan and scheduling order is June 5, 2020.

Kiewit's counsel, David McPherson, currently has a 10-day arbitration scheduled to begin on June 2, 2020 and, therefore, will not be able to participate in the Rule 26 Conference until the week of June 15, 2020.

Accordingly, the Parties stipulate that the deadline for the Rule 26 Conference of counsel be continued by thirty (30) days to June 22, 2020. The Parties further stipulate that the deadline for the submission of the stipulated discovery plan and scheduling order be continued to 14 days after the Rule 26 Conference, or, July 6, 2020 at the very latest.

Dated:  May 26, 2020         LAW OFFICES OF
                             DAVID R. JOHNSON, PLLC


                              */s/ David R. Johnson*
                             David R. Johnson
                             Attorneys for KIEWIT INFRASTRUCTURE
                             WEST CO. and TRAVELERS CASUALTY
                             AND SURETY COMPANY OF AMERICA

2

| | | |
|---|---|---|
| 1 | Dated: May 26, 2020 | WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. |
| 2 | | |

*/s/ Rebecca S. Glos*
David F. McPherson
Rebecca S. Glos
Attorneys for KIEWIT INFRASTRUCTURE WEST CO. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Dated: May 26, 2020          JONES LOVELOCK

*/s/ Justin C. Jones*
Justin C. Jones
Nicole E. Lovelock
Georlen K. Spangler
Stephen A. Davis
Attorneys for L.L.O., INC. dba ACME ELECTRIC, TAB CONTRACTORS, INC., and LIBERTY MUTUAL INSURANCE COMPANY

Dated: May 28, 2020          IT IS ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE DEADLINE FOR RULE 26 CONFERENCE AND SUBMISSION OF DISCOVERY PLAN AND SCHEDULING ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2020, I electronically filed the foregoing **STIPULATION TO CONTINUE DEADLINE FOR RULE 26 CONFERENCE AND SUBMISSION OF DISCOVERY ORDER PLAN AND SCHEDULING ORDER (FIRST REQUEST)** with the Clerk of this Court, using the CM/ECF System.

Justin C. Jones, Esq.
Nicole E. Lovelock, Esq.
Georlen K. Spangler, Esq.
Stephen A. Davis, Esq.
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com
Email: jspangler@joneslovelock.com
Email: sdavis@joneslovelock.com

*Attorneys for L.L.O., Inc. dba
ACME Electric, TAB Contractors, Inc.,
And Liberty Mutual Insurance Company*

                                   */s/ Julie Leiman*
                                    Julie Leiman
                                    Employee of Watt, Tieder, Hoffar &
                                    Fitzgerald, L.L.P.

12297966.1 103500.00012