Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Stephen A. Davis, Esq.
Nevada State Bar No. 14185
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com
Email: sdavis@joneslovelock.com

*Attorneys for L.L.O., Inc. dba
ACME Electric, TAB Contractors, Inc.,
and Liberty Mutual Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.L.O., INC. dba ACME ELECTRIC, a Nevada corporation; TAB CONTRACTORS, INC., a Nevada corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM AND THIRD-PARTY CLAIM | CASE NO.: 2:20-cv-00493-RFB-DJA<br><br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**(FOURTH REQUEST)** |

It is hereby stipulated by and between Plaintiff / Counterdefendant / Third-Party Defendant Kiewit Infrastructure West Co. ("Kiewit"), Third-Party Defendant Travelers Casualty and Surety Company of America ("Travelers"), Defendants / Counterclaimants / Third-Party Plaintiffs L.L.O. Inc. dba Acme Electric ("ACME") and TAB Contractors, Inc. ("TAB"), and Defendant Liberty Mutual Insurance Co. ("Liberty", together with ACME and TAB, the "Subcontractors"), by and through their respective counsel of record, to extend discovery deadlines from May 17, 2022 to

September 14, 2022 (the "Stipulation"), for the reasons stated herein.

**A.     Discovery completed to date.**

| ITEM | DATE |
|---|---|
| Rule 26(f) Conference | June 17, 2020 |
| Subcontractors' Initial FRCP Rule 26(a) Disclosure | July 8, 2020 |
| Kiewit's Initial FRCP Rule 26(a) Disclosure | July 8, 2020 |
| Subcontractors' First Supplemental Disclosure | July 31, 2020 |
| Kiewit's First Supplemental Initial Disclosure | August 3, 2020 |
| Subcontractors' Second Supplemental Disclosure | August 5, 2020 |
| Subcontractors' First Requests for Production of Documents to Kiewit | August 10, 2020 |
| Kiewit's Initial Production of Documents | August 24, 2020 |
| Kiewit's First Requests for Production of Documents to ACME | August 31, 2020 |
| Kiewit's First Requests for Production of Documents to TAB | August 31, 2020 |
| Kiewit's First Interrogatories to ACME | August 31, 2020 |
| Kiewit's First Requests for Admission to ACME | August 31, 2020 |
| Kiewit's Amended First Requests for Admissions to ACME | September 1, 2020 |
| Kiewit's First Interrogatories to TAB | September 1, 2020 |
| Kiewit's Responses to the Subcontractors' First Requests for Production of Documents to Kiewit | September 16, 2020 |
| Kiewit's First Production of Documents | September 24, 2020 |
| Kiewit's Second Supplemental Initial Disclosures | September 30, 2020 |
| ACME's Responses to Kiewit's Amended Requests for Admissions | October 27, 2020 |
| ACME's Responses to Kiewit's Request for Production of Documents | October 27, 2020 |
| ACME's Responses to Kiewit's Interrogatories | October 27, 2020 |
| TAB's Responses to Kiewit's Interrogatories | October 27, 2020 |
| Subcontractors' Third Supplemental Disclosure | October 27, 2020 |
| Kiewit's Second Set of Interrogatories to ACME | October 29, 2020 |

JONES LOVELOCK
6600 Amelia Earhart Ct., Suite C
Las Vegas, NV 89119

| ITEM | DATE |
|---|---|
| ACME's Responses to Kiewit's Second Set of Interrogatories | December 7, 2020 |
| ACME's First Set of Interrogatories to Kiewit | February 11, 2021 |
| ACME's First Set of Requests for Admission to Kiewit | February 11, 2021 |
| Subcontractors' Second Set of Requests for Production of Documents to Kiewit | February 11, 2021 |
| TAB's First Set of Interrogatories to Kiewit | February 11, 2021 |
| Subcontractors' Fourth Supplemental Disclosure | February 12, 2021 |
| Kiewit's Third Supplemental Initial Disclosure | February 17, 2021 |
| Subcontractors' Fifth Supplemental Disclosure | March 1, 2021 |
| Kiewit's Supplemental Disclosure of Schedules in Native Form | March 9, 2021 |
| Kiewit's Fourth Supplemental Initial Disclosure | March 15, 2021 |
| Kiewit's Fifth Supplemental Initial Disclosure | March 29, 2021 |
| Kiewit's Supplemental Disclosure of Documents | March 30, 2021 |
| Kiewit's Supplemental Disclosure of Documents | April 14, 2021 |
| Kiewit's Supplemental Disclosure of Documents | April 15, 2021 |
| Kiewit's Sixth Supplemental Initial Disclosure | April 15, 2021 |
| Kiewit's Supplemental Disclosure of Documents | April 16, 2021 |
| Kiewit's Seventh Supplemental Initial Disclosure | April 16, 2021 |
| Kiewit's Eighth Supplemental Initial Disclosure | April 29, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to Clark County Public Works | May 7, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to the Narwhal Group | May 7, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to the Nevada Department of Transportation | May 7, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to CH2M Hill | May 7, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to NVEnergy | May 7, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to Clark County Public Works | May 7, 2021 |
| Subcontractors' Subpoena Duces Tecum issued to Atkins North America | May 7, 2021 |

| ITEM | DATE |
|---|---|
| Kiewit's Supplemental Disclosure of Documents | May 17, 2021 |
| Kiewit's Ninth Supplemental Initial Disclosure | May 19, 2021 |
| Subcontractors' Public Records Request to the Nevada Department of Transportation | May 25, 2021 |
| Subcontractors' Seventh Supplement to Initial Disclosure | June 15, 2021 |
| Kiewit's Tenth Supplemental Initial Disclosure | June 25, 2021 |
| Kiewit's Supplemental Production of Documents | June 25, 2021 |
| Kiewit's Notice of Errata to Tenth Supplemental Initial Disclosures | June 28, 2021 |
| Subcontractors' Eighth Supplement to Initial Disclosure | July 1, 2021 |
| Kiewit's Eleventh Supplemental Initial Disclosure | July 6, 2021 |
| Kiewit's Supplemental Production of Documents | July 6, 2021 |
| Kiewit's Supplemental Production of Documents | July 7, 2021 |
| Kiewit's Twelfth Supplemental Initial Disclosure | July 8, 2021 |
| Kiewit's Supplemental Production of Documents | July 16, 2021 |
| Kiewit's Supplemental Production of Documents | July 18, 2021 |
| Kiewit's Thirteenth Supplemental Initial Disclosure | July 20, 2021 |
| Kiewit's Supplemental Production of Documents | July 22, 2021 |
| Kiewit's Fourteenth Supplemental Initial Disclosure | July 23, 2021 |
| Kiewit's Fifteenth Supplemental Initial Disclosure | July 28, 2021 |
| Kiewit's Supplemental Production of Documents | July 28, 2021 |
| Subcontractors' Ninth Supplement to Initial Disclosure | August 26, 2021 |
| Kiewit's Interrogatories to ACME, Set 3 | September 28, 2021 |
| Kiewit's Interrogatories to TAB, Set 2 | September 28, 2021 |
| Kiewit's Requests for Production of Documents to ACME, Set 2 | September 28, 2021 |
| Kiewit's Requests for Production of Documents to TAB, Set 2 | September 28, 2021 |
| Kiewit's Supplemental Production of Documents | October 8, 2021 |

| ITEM | DATE |
|---|---|
| Subcontractors' Tenth Supplement to Initial Disclosure | October 21, 2021 |
| Subcontractors' Eleventh Supplement to Initial Disclosure | November 16, 2021 |
| Kiewit's Interrogatories to ACME, Set 3 | November 16, 2021 |
| Kiewit's Interrogatories to TAB, Set 2 | November 16, 2021 |
| Kiewit's Requests for Production of Documents to ACME, Set 2 | November 16, 2021 |
| Kiewit's Requests for Production of Documents to TAB, Set 2 | November 16, 2021 |
| First Amended Stipulation Regarding Interrogatories and Deposition of 30(b)(6) Witnesses [Dkt. 94] | November 18, 2021 |

**B.     Discovery to be completed.**

The parties are continuing to conduct discovery. Third party subpoenas have been issued and served by the Subcontractors, and further third-party subpoenas may be necessary. The Parties need to conduct numerous depositions and serve their expert reports upon each other.

**C.     Reasons why discovery has not or will not be completed by the current deadline.**

This litigation pertains to a dispute between the parties for construction work performed on Project Neon, the largest public works project in Nevada history, with competing claims and counterclaims seeking millions of dollars in damages. Kiewit and the Subcontractors worked on Project Neon for several years, generating and accumulating hundreds of thousands of documents and electronically stored information ("ESI") during the project, involving numerous personnel and entities.

Kiewit and Subcontractors are working through discovery issues related to ESI disclosures and discovery responses. These discovery issues have impacted the parties' ability to notice depositions of fact witnesses and impacted Subcontractors' experts' ability to form expert opinion regarding the claims, defenses, and damages at issue in this action. Based upon such issues, the Parties are unable to conduct depositions of project personnel and the parties' Rule 30(b)(6) designees or have their expert witnesses complete their reports.

/ / /

The parties are currently contemplating mediation to resolve their differences before this action goes to trial. However, to have a meaningful mediation session, the parties need additional time in discovery.

Given the sheer amount of documents produced to date, the remaining documents that need to be produced by both parties, the expert reports that need to be prepared and disclosed, and the depositions that need to be taken, there is good cause to extend the discovery deadlines as set forth below.

**D.      Proposed schedule for completing discovery.**

| DEADLINE | CURRENT | PROPOSED |
|---|---|---|
| Discovery Cutoff | May 17, 2022 | September 14, 2022 |
| Amend Pleadings and Add Parties | February 16, 2022 | May 17, 2022 |
| Expert Disclosures | March 18, 2022 | June 16, 2022 |
| Rebuttal Expert Disclosures | April 19, 2022 | August 15, 2022 |
| Dispositive Motions | June 16, 2022 | October 17, 2022 |
| Joint Pretrial Order | July 19, 2022 | November 16, 2022 |

**E.      Good cause exists to extend the discovery deadline.**

LR 26-3 requires that any stipulation made to extend discovery be made before 21 days of the discovery deadline and be supported by good cause and satisfy the requirements of LR IA 6-1. The good cause standard under LR 26-3 is the same as the good cause standard under Fed. R. Civ. P. 16(b)(4). *Winfeld v. Wal-mart Stores, Inc.*, 2:14-cv-01034-MMD-CWH, 2016 WL 3360658, at *1 (D. Nev. Jun. 9, 2016). "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the part[ies] seeking extension.'" *Nunez v. Harper*, 2:13-cv-0392-GMN-NJK, 2014 WL 2808985, at *2 (D. Nev. June 20, 2014) (*quoting Johnson v. Mammoth Recs., Inc.*, 975 F.2d 604, 609 (9th Cir. 2002)).

/ / /

Good cause exists to extend the discovery deadlines. The parties still have a significant amount of discovery to complete and are contemplating non-binding mediation. Thus, a discovery extension is warranted under these circumstances, and good cause exists to grant this Stipulation.

Dated: December 17, 2021.

**JONES LOVELOCK**

/s/ Nicole E. Lovelock
Justin C. Jones, Esq. (NVBN 8519)
Nicole E. Lovelock, Esq. (NVBN 11187)
Stephen A. Davis, Esq. (NVBN 14185)
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119

*Attorneys for L.L.O., Inc. dba
ACME Electric, TAB Contractors, Inc.,
and Liberty Mutual Insurance Company*

Dated: December 17, 2021.

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

/s/ David McPherson
David F. McPherson (admitted pro hac vice)
Rebecca S. Glos (admitted pro hac vice)
4 Park Plaza, Suite 1000
Irvine, California 92614

*Attorneys for Kiewit Infrastructure West Co.
and Travelers Casualty and Surety Company of America*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2021

/ / /

7

**CERTIFICATE OF SERVICE**

I certify that on December 17, 2021, I electronically filed the foregoing **STIPULATION TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** with the Clerk of this Court, using the CM/ECF System.

| | |
|---|---|
| David R. Johnson, Esq<br>LAW OFFICES OF DAVID R. JOHNSON, PLLC<br>8712 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Email: david@drjohnsonpllc-law.com<br><br>*Attorney for Kiewit Infrastructure West Co. and Travelers Casualty and Surety Company of America* | David F. McPherson, Esq.<br>Rebecca S. Glos, Esq.<br>WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.<br>4 Park Plaza, Suite 1000<br>Irvine, California 92614<br>Email: rglos@watttieder.com<br>Email: dmcpherson@watttieder.com<br><br>*Attorneys for Kiewit Infrastructure West Co. and Travelers Casualty and Surety Company of America* |

/s/ *Julie Linton*
An Employee of JONES LOVELOCK

**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, NV 89119

8