Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Donna DiMaggio, Esq.
Nevada State Bar No. 9794
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com
Email: ddimaggio@joneslovelock.com

*Attorneys for L.L.O., Inc. dba*
*ACME Electric, TAB Contractors, Inc.,*
*and Liberty Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.L.O., INC. dba ACME ELECTRIC, a Nevada corporation; TAB CONTRACTORS, INC., a Nevada corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM AND THIRD-PARTY CLAIM. | CASE NO.:  2:20-cv-00493-RFB-DJA<br><br><br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Please take notice that attorney Stephen A. Davis, Esq. is no longer associated with Jones Lovelock, counsel for Defendant/Counterclaimant/Third-Party Plaintiff L.L.O., INC. dba ACME ELECTRIC ("ACME"), Defendant/Counterclaimant/Third-Party Plaintiff TAB CONTRACTORS, INC. ("TAB"), and Defendant LIBERTY MUTUAL INSURANCE COMPANY ("LMIC") (hereinafter collectively referred to as the "Defendants").  Therefore, please remove Stephen A. Davis, Esq. from all service lists in this matter.  Justin C. Jones, Esq. and Nicole E. Lovelock, Esq.,

of Jones Lovelock will continue as counsel on behalf of Defendants in this matter and affirms representation thereon, and requests that Donna DiMaggio, Esq. receive all future filings and notices.

Dated July 27, 2022.

**JONES LOVELOCK**

/s/ *Nicole E. Lovelock, Esq.*
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Donna DiMaggio, Esq.
Nevada State Bar No. 9794
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119

*Attorneys for L.L.O., Inc. dba ACME Electric, TAB Contractors, Inc., And Liberty Mutual Insurance Company*

**IT IS SO ORDERED**.

DATED: July 29, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2022, I electronically served the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** with the following parties at the email addresses listed below:

| | |
|---|---|
| David R. Johnson, Esq<br>**LAW OFFICES OF DAVID R. JOHNSON, PLLC**<br>8712 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Email: david@drjohnsonpllc-law.com<br>*Attorneys for Kiewit Infrastructure West Co. and Travelers Casualty and Surety Company of America* | David F. McPherson, Esq.<br>Rebecca S. Glos, Esq.<br>**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**<br>4 Park Plaza, Suite 1000<br>Irvine, California 92614<br>Email: rglos@watttieder.com<br>Email: dmcpherson@watttieder.com<br>*Attorneys for Kiewit Infrastructure West Co. and Travelers Casualty and Surety Company of America* |

　　　　　　　　　　　　　　　　　　/s/ *Julie Linton*
　　　　　　　　　　　　　　　　　　An Employee of JONES LOVELOCK