Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Donna DiMaggio, Esq.
Nevada State Bar No. 9794
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com
Email: ddimaggio@joneslovelock.com

*Attorneys for L.L.O., Inc. dba
ACME Electric, TAB Contractors, Inc.,
and Liberty Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.L.O., INC. dba ACME ELECTRIC, a Nevada corporation; TAB CONTRACTORS, INC., a Nevada corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM AND THIRD-PARTY CLAIM | CASE NO.:  2:20-cv-00493-RFB-DJA<br><br><br><br><br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Kiewit Infrastructure West Co. and Travelers Casualty and Surety Company of America, by and through their counsel of record, and L.L.O., Inc. dba ACME Electric, TAB Contractors, Inc., and Liberty Mutual Insurance Company, by and through their counsel of record, hereby stipulate and agree that all claims in the

/ / /

above-captioned action are dismissed ***with prejudice***, with each party to bear their own fees and costs.

Dated: January 24, 2023.

**JONES LOVELOCK**

*/s/ Nicole E. Lovelock*
Justin C. Jones, Esq. (NVBN 8519)
Nicole E. Lovelock, Esq. (NVBN 11187)
Donna DiMaggio, Esq. (NVBN 9794)
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119

*Attorneys for L.L.O., Inc. dba*
*ACME Electric, TAB Contractors, Inc.,*
*and Liberty Mutual Insurance Company*

Dated: January 24, 2023.

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

*/s/ David F. McPherson*
David F. McPherson, Esq. (admitted pro hac vice)
Colin C. Holley, Esq. (admitted pro hac vice)
4 Park Plaza, Suite 1000
Irvine, California 92614

David R. Johnson, Esq. (NVBN 6696)
**LAW OFFICES OF DAVID R. JOHNSON**
10781 West Twain Avenue
Las Vegas, Nevada 89135

*Attorneys for Kiewit Infrastructure West Co.*
*and Travelers Casualty and Surety Company of*
*America*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 25, 2023

2